AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Marshal D. | U.S. District Court - District of Puerto Rico | 12/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-Time | ☐ Nomination Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2017<br>to<br>08/13/2018 |

**7. Chambers or Office Address**

Federal Building
Room 150
150 Chardon Avenue
San Juan, Puerto 00918

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Adsuar, Muniz, Goyco, Seda Perez-Ochoa, PSC - 401K Retirement Account with former law firm, firm-managed asset selection |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Saint John's School of Puerto Rico | Tuition Agreement | None |
| 2. | Robinson School of Puerto Rico | Tuition Agreement | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMGS&OP RETIREMENT PLAN: | | | | | | | | | |
| 2. - American Funds Grow Fund of Amer Inv Opt | E | Dividend | M | T | | | | | |
| 3. - State Street U.S. Bond Index Ret Opt | A | Dividend | K | T | | | | | |
| 4. - Transamerica Stable Value Ret Opt | D | Dividend | K | T | | | | | |
| 5. - Transamerica Partners Stock Index Ret Opt | A | Dividend | K | T | | | | | |
| 6. BAIRD INVESTMENT ACCOUNT: | | | | | | | | | |
| 7. - Capital World Growth & Income CL A (CWGIX) | A | Dividend | J | T | | | | | |
| 8. - Fundamental Investors CL A (ANCFX) | A | Dividend | J | T | | | | | |
| 9. - Growth Fund of America CL A (AGTHX) | A | Dividend | J | T | | | | | |
| 10. - New World Cl A (NEWFX) | A | Dividend | J | T | | | | | |
| 11. - Small Cap World CL A (SMCWX) | A | Dividend | J | T | | | | | |
| 12. - Income Fund of America CL A (AMECX) | A | Dividend | J | T | | | | | |
| 13. PERSONAL BANK ACCOUNTS | | | | | | | | | |
| 14. Banco Popular Cash Accounts | | None | J | T | | | | | |
| 15. Banco Popular Educational Savings Accounts | A | Int./Div. | J | T | Redeemed (part) | 01/31/18 | J | A | Cashed in 2 Edu. CD's |
| 16. Caribe Federal Credit Union Checking/ Savings Accounts | A | Dividend | K | T | | | | | |
| 17. NORTHWESTERN MUTUAL LIFE INSURANCE POLICIES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Whole Life Insurance Policy DNL | A | Distribution | M | T | | | | | |
| 19. NORTHWESTERN MUTUAL VARIABLE COMPLIFE (BLM) | | | | | | | | | |
| 20. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 21. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 22. Govt Money Market (MSA/BlackRock) | A | Dividend | J | T | | | | | |
| 23. Balanced (MSA) | A | Dividend | J | T | | | | | |
| 24. Inde 500 Stock (MSA) | A | Dividend | J | T | | | | | |
| 25. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 26. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 27. Growth Stock (MSA/The Boston Company) | A | Dividend | J | T | | | | | |
| 28. Large Cap Core Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 29. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 30. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 31. US Strategic Equity (RIF) | A | Dividend | J | T | | | | | |
| 32. US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |
| 33. International Development Markets (RIF) | A | Dividend | J | T | | | | | |
| 34. Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Strategic Bond (RIF) | A | Dividend | J | T | | | | | |
| 36. Asset Allocation (MSA) | A | Dividend | J | T | | | | | |
| 37. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 38. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 39. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 40. Mid Cap Value (MS Amer Century) | A | Dividend | J | T | | | | | |
| 41. FocusedAppreciation (MSA/LoomisSayles) | A | Dividend | J | T | | | | | |
| 42. Equity Income (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 43. Fidelity VIP Mid Cap - Service Class 2 | A | Dividend | J | T | | | | | |
| 44. Large Company Value (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 45. Large Cap Blend (MSA/Fiduciary Mgmt) | A | Dividend | J | T | | | | | |
| 46. Neuberger Berman Sustainable Equity | A | Dividend | J | T | | | | | |
| 47. Fidelity VIP Contrafund Service Class2 | A | Dividend | J | T | | | | | |
| 48. Index 600 Stokck (MSA) | A | Dividend | J | T | | | | | |
| 49. Research International Core (MSA/MFS) | A | Dividend | J | T | | | | | |
| 50. Emerging Markets Equity (MSA/Aberdeen) | A | Dividend | J | T | | | | | |
| 51. Short-Term Bond (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Inflation Protection (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 53. Long Term U.S. Govt Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 54. Multi Sector Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 55. LifePoints Moderate (RIF) | A | Dividend | J | T | | | | | |
| 56. LifePoints Balanced (RIF) | A | Dividend | J | T | | | | | |
| 57. LifePoints Growth (RIF) | A | Dividend | J | T | | | | | |
| 58. LifePoints Equity Growth (RIF) | A | Dividend | J | T | | | | | |
| 59. Credit Suisse Commodity Strategy | A | Dividend | J | T | | | | | |
| 60. NORTHWESTERN MUTUAL VARIABLE COMPLIFE (GAM) | | | | | | | | | |
| 61. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 62. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 63. Govt Money Market (MSA/BlackRock) | A | Dividend | J | T | | | | | |
| 64. Balanced (MSA) | A | Dividend | J | T | | | | | |
| 65. Inde 500 Stock (MSA) | A | Dividend | J | T | | | | | |
| 66. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 67. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 68. Growth Stock (MSA/The Boston Company) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Large Cap Core Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 70. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 71. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 72. US Strategic Equity (RIF) | A | Dividend | J | T | | | | | |
| 73. US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |
| 74. International Development Markets (RIF) | A | Dividend | J | T | | | | | |
| 75. Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |
| 76. Strategic Bond (RIF) | A | Dividend | J | T | | | | | |
| 77. Asset Allocation (MSA) | A | Dividend | J | T | | | | | |
| 78. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 79. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 80. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 81. Mid Cap Value (MS Amer Century) | A | Dividend | J | T | | | | | |
| 82. FocusedAppreciation (MSA/LoomisSayles) | A | Dividend | J | T | | | | | |
| 83. Equity Income (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 84. Fidelity VIP Mid Cap - Service Class 2 | A | Dividend | J | T | | | | | |
| 85. Large Company Value (MSA/Amer Century) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Large Cap Blend (MSA/Fiduciary Mgmt) | A | Dividend | J | T | | | | | |
| 87. Neuberger Berman Sustainable Equity | A | Dividend | J | T | | | | | |
| 88. Fidelity VIP Contrafund Service Class2 | A | Dividend | J | T | | | | | |
| 89. Index 600 Stokck (MSA) | A | Dividend | J | T | | | | | |
| 90. Research International Core (MSA/MFS) | A | Dividend | J | T | | | | | |
| 91. Emerging Markets Equity (MSA/Aberdeen) | A | Dividend | J | T | | | | | |
| 92. Short-Term Bond (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 93. Inflation Protection (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 94. Long Term U.S. Govt Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 95. Multi Sector Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 96. LifePoints Moderate (RIF) | A | Dividend | J | T | | | | | |
| 97. LifePoints Balanced (RIF) | A | Dividend | J | T | | | | | |
| 98. LifePoints Growth (RIF) | A | Dividend | J | T | | | | | |
| 99. LifePoints Equity Growth (RIF) | A | Dividend | J | T | | | | | |
| 100. Credit Suisse Commodity Strategy | A | Dividend | J | T | | | | | |
| 101. NORTHWESTERN MUTUAL VARIABLE COMPLIFE(TAM) | | | | T | | | | | |
| 102. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 104.  Govt Money Market (MSA/BlackRock) | A | Dividend | J | T | | | | | |
| 105.  Balanced (MSA) | A | Dividend | J | T | | | | | |
| 106.  Inde 500 Stock (MSA) | A | Dividend | J | T | | | | | |
| 107.  Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 108.  High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 109.  Growth Stock (MSA/The Boston Company) | A | Dividend | J | T | | | | | |
| 110.  Large Cap Core Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 111.  Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 112.  Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 113.  US Strategic Equity (RIF) | A | Dividend | J | T | | | | | |
| 114.  US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |
| 115.  International Development Markets (RIF) | A | Dividend | J | T | | | | | |
| 116.  Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |
| 117.  Strategic Bond (RIF) | A | Dividend | J | T | | | | | |
| 118.  Asset Allocation (MSA) | A | Dividend | J | T | | | | | |
| 119.  International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 121. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 122. Mid Cap Value (MS Amer Century) | A | Dividend | J | T | | | | | |
| 123. FocusedAppreciation (MSA/LoomisSayles) | A | Dividend | J | T | | | | | |
| 124. Equity Income (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 125. Fidelity VIP Mid Cap - Service Class 2 | A | Dividend | J | T | | | | | |
| 126. Large Company Value (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 127. Large Cap Blend (MSA/Fiduciary Mgmt) | A | Dividend | J | T | | | | | |
| 128. Neuberger Berman Sustainable Equity | A | Dividend | J | T | | | | | |
| 129. Fidelity VIP Contrafund Service Class2 | A | Dividend | J | T | | | | | |
| 130. Index 600 Stokck (MSA) | A | Dividend | J | T | | | | | |
| 131. Research International Core (MSA/MFS) | A | Dividend | J | T | | | | | |
| 132. Emerging Markets Equity (MSA/Aberdeen) | A | Dividend | J | T | | | | | |
| 133. Short-Term Bond (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 134. Inflation Protection (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 135. Long Term U.S. Govt Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 136. Multi Sector Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. LifePoints Moderate (RIF) | A | Dividend | J | T | | | | | |
| 138. LifePoints Balanced (RIF) | A | Dividend | J | T | | | | | |
| 139. LifePoints Growth (RIF) | A | Dividend | J | T | | | | | |
| 140. LifePoints Equity Growth (RIF) | A | Dividend | J | T | | | | | |
| 141. Credit Suisse Commodity Strategy | A | Dividend | J | T | | | | | |
| 142. NORTHWESTERN MUTUAL VARIABLE COMPLIFE (MDM) | | | | | | | | | |
| 143. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 144. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 145. Govt Money Market (MSA/BlackRock) | A | Dividend | J | T | | | | | |
| 146. Balanced (MSA) | A | Dividend | J | T | | | | | |
| 147. Inde 500 Stock (MSA) | A | Dividend | J | T | | | | | |
| 148. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 149. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 150. Growth Stock (MSA/The Boston Company) | A | Dividend | J | T | | | | | |
| 151. Large Cap Core Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 152. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 153. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  US Strategic Equity (RIF) | A | Dividend | J | T | | | | | |
| 155.  US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |
| 156.  International Development Markets (RIF) | A | Dividend | J | T | | | | | |
| 157.  Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |
| 158.  Strategic Bond (RIF) | A | Dividend | J | T | | | | | |
| 159.  Asset Allocation (MSA) | A | Dividend | J | T | | | | | |
| 160.  International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 161.  Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 162.  Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 163.  Mid Cap Value (MS Amer Century) | A | Dividend | J | T | | | | | |
| 164.  FocusedAppreciation (MSA/LoomisSayles) | A | Dividend | J | T | | | | | |
| 165.  Equity Income (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 166.  Fidelity VIP Mid Cap - Service Class 2 | A | Dividend | J | T | | | | | |
| 167.  Large Company Value (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 168.  Large Cap Blend (MSA/Fiduciary Mgmt) | A | Dividend | J | T | | | | | |
| 169.  Neuberger Berman Sustainable Equity | A | Dividend | J | T | | | | | |
| 170.  Fidelity VIP Contrafund Service Class2 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Index 600 Stokck (MSA) | A | Dividend | J | T | | | | | |
| 172. Research International Core (MSA/MFS) | A | Dividend | J | T | | | | | |
| 173. Emerging Markets Equity (MSA/Aberdeen) | A | Dividend | J | T | | | | | |
| 174. Short-Term Bond (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 175. Inflation Protection (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 176. Long Term U.S. Govt Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 177. Multi Sector Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 178. LifePoints Moderate (RIF) | A | Dividend | J | T | | | | | |
| 179. LifePoints Balanced (RIF) | A | Dividend | J | T | | | | | |
| 180. LifePoints Growth (RIF) | A | Dividend | J | T | | | | | |
| 181. LifePoints Equity Growth (RIF) | A | Dividend | J | T | | | | | |
| 182. Credit Suisse Commodity Strategy | A | Dividend | J | T | | | | | |
| 183. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 12/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Marshal D. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544